UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eldar MURSALOV,<br><br>                                    Petitioner,<br><br>v.<br><br>DIRECTOR, ICE San Diego Field Office,<br><br>et al.,<br><br>                                    Respondents. | Case No.:  26-cv-3360-AGS-BJW<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |

Petitioner Eldar Mursalov seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He requests "immediate release" from detention (ECF 1, at 11), and "the government does not oppose the petition" (ECF 5, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The injunctive relief request is denied as moot. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  June 11, 2026

_____

Hon. Andrew G. Schopler
United States District Judge